FILED
APR - 8 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:15CR00159 RWS/SPM** |
| MOHAMED AWADALLAH, KHALID ALAZZAH, IBRAHIM MOGHLI, BARAA AWWAD, WISAM ZEIDAN, AHMAD ZAYED, RAAD HAMDEH, SUHAIB AWWAD, MUATH SALAH, and YAZAN ALSALAYMEH, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### INDICTMENT

#### COUNT I
(Conspiracy to Traffic in Contraband Cigarettes)

The Grand Jury charges that:

**BACKGROUND**

At all times relevant to this Indictment,

1. A "cigarette" is defined by Title 18, United States Code, Section 2341(1) as (A) "any roll of tobacco wrapped in paper, or any substance not containing tobacco; and (B) any roll of tobacco wrapped in any substance containing tobacco which, because of its appearance, the type of tobacco used in its filter, or its packaging and labeling, is likely to be offered to, or purchased by, consumers as a cigarette."

2. "Contraband cigarettes" is defined by Title 18, United States Code, Section 2341(2) as "a quantity in excess of 10,000 cigarettes which bear no evidence of the payment of applicable state or local cigarette taxes in the state or locality where such cigarettes are found, if the state or

local government requires a stamp, impression, or other indication to be placed on packages or other containers of cigarettes to evidence payment of cigarette taxes,...."

3. Every state in the United States imposes some tax (within a wide range) on the retail sale of cigarettes. Under Illinois state law, an Illinois state tax stamp must be affixed to any original package of cigarettes before a distributor can deliver it to a purchaser. 35 ILCS 130/3. Under Illinois State law, cigarettes that bear a tax stamp of another state are contraband cigarettes. 35 ILCS 130/1. Under Illinois State law, it is unlawful to transport contraband cigarettes into or within the state of Illinois. 35 ILCS 130/9c. The State of Illinois, Cook County, Illinois, and the City of Chicago, require a tax stamp to be affixed to individual cigarette packs as proof of applicable tax payments.

4. It is common for cigarettes to be packaged as follows: 20 cigarettes in a pack, ten packs of cigarettes to a carton; thus a carton contains 200 cigarettes. (50 cartons contain 10,000 cigarettes).

**THE CONSPIRACY**

5. Beginning on an unknown date, but not earlier than October 1, 2012, and continuing until the present date, in the Eastern District of Missouri, the Southern and Northern Districts of Illinois, and elsewhere,

> MOHAMED AWADALLAH,
> KHALID ALAZZAH,
> IBRAHIM MOGHLI,
> BARAA AWWAD,
> WISAM ZEIDAN,
> AHMAD ZAYED,
> RAAD HAMDEH,
> SUHAIB AWWAD,
> MUATH SALAH, and
> YAZAN ALSALAYMEH,

the defendants herein, did knowingly combine, conspire, confederate, and agree, together and with other individuals, known and unknown to this Grand Jury, to knowingly transport, receive, possess, distribute, sell, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 3241, which bore no evidence of the payment of the applicable cigarette taxes in the State of Illinois, contrary to Title 18, United States Code, Section 2342 (a).

**MANNER AND MEANS**

6. The means and methods by which the conspiracy was sought to be accomplished included, among others, the following:

    a. The defendants, acting individually and in concert with each other, purchased State of Missouri tax stamped cigarettes in the St. Louis, Missouri area from either a confidential informant or retail business.

    b. The defendants, after purchasing State of Missouri tax stamped cigarettes in the St. Louis, Missouri area, transported them by rented or personally owned vehicles to the Chicago, Illinois area.

    c. The defendants, after transporting the State of Missouri tax stamped cigarettes to the Chicago, Illinois area, either sold them to local distributors or themselves sold them as retail without affixing State of Illinois tax stamps to the cigarettes.

    d. The defendants made a profit on the sale of the State of Missouri tax stamped cigarettes in the Chicago, Illinois area as the cigarette tax in the State of Illinois is significantly higher than that in the State of Missouri.

**OVERT ACTS**

7. In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed and caused the following overt acts:

On or about the dates listed in Column A, in the Eastern District of Missouri, the defendants identified in Column B, purchased in cash as listed in Column C, an amount of State of Missouri tax stamped cigarettes as listed in Column D, which was then transported into, and within, the State of Illinois.

|  | A<br>DATE | B<br>DEFENDANT(S) | C<br>CASH PROVIDED | D<br>NUMBER OF CIGARETTE CARTONS |
|---|---|---|---|---|
| a. | 10/23/13 | MOHAMED AWADALLAH | $ 8,740.00 | 190 |
| b. | 11/14/13 | MOHAMED AWADALLAH | $ 7,050.00 | 150 |
| c. | 1/25/14 | WISAM ZEIDAN | $ 8,550.00 | 180 |
| d. | 1/31/14 | IBRAHIM MOGHLI | $ 6,080.00 | 128 |
| e. | 2/13/14 | KHALID ALAZZAH<br>IBRAHIM MOGHLI<br>(DELIVERED TO CHICAGO) | $ 17,000.00 | 340 |
| f. | 2/20/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 5,760.00 | 120 |
| g. | 2/27/14 | AHMAD ZAYED | $ 15,360.00 | 320 |
| h. | 3/6/14 | IBRAHIM MOGHLI | $ 15,200.00 | 320 |
| i. | 3/13/14 | WISAM ZEIDAN | $ 8,640.00 | 180 |
| j. | 3/13/14 | IBRAHIM MOGHLI | $ 14,250.00 | 300 |
| k. | 3/20/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 9,600.00 | 200 |
| l. | 3/20/14 | AHMAD ZAYED | $ 15,390.00 | 324 |
| m. | 3/27/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 9,600.00 | 200 |
| n. | 4/3/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 5,232.00 | 109 |
| o. | 4/3/14 | AHMAD ZAYED | $ 18,762.50 | 395 |
| p. | 4/10/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 15,360.00 | 320 |
| q. | 4/11/14 | IBRAHIM MOGHLI | $ 14,250.00 | 300 |
| r. | 4/17/14 | MUATH SALAH | $ 15,817.50 | 333 |
| s. | 4/19/14 | AHMAD ZAYED | $ 14,250.00 | 300 |
| t. | 4/24/14 | MUATH SALAH | $ 18,145.00 | 382 |
| u. | 4/25/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 12,480.00 | 260 |
| v. | 4/27/14 | AHMAD ZAYED | $ 9,025.00 | 190 |
| w. | 5/1/14 | MUATH SALAH<br>RAAD HAMDEH | $ 13,300.00 | 280 |
| x. | 5/3/14 | MUATH SALAH<br>RAAD HAMDEH | $ 15,675.00 | 330 |

4

| | | | | |
|---|---|---|---|---|
| y. | 5/3/14 | WISAM ZEIDAN | $ 9,600.00 | 200 |
| z. | 5/8/14 | MUATH SALAH<br>RAAD HAMDEH | $ 21,375.00 | 450 |
| aa. | 5/14/14 | KHALID ALLAZZAH<br>RAAD HAMDEH | No payment remainder of 5/8/14 transaction | 44 |
| bb. | 5/15/14 | WISAM ZEIDAN | $ 7,920.00 | 165 |
| cc. | 5/16/14 | KHALID ALLAZZAH<br>MUATH SALAH<br>RAAD HAMDEH | $ 10,212.50 | 215 |
| dd. | 5/21/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 10,080.00 | 210 |
| ee. | 5/22/14 | KHALID ALLAZZAH<br>RAAD HAMDEH | $ 19,872.00 | 414 |
| ff. | 5/29/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 7,200.00 | 150 |
| gg. | 5/29/14 | MUATH SALAH | $ 12,672.00 | 264 |
| hh. | 6/6/14 | MUATH SALAH | $ 18,240.00 | 380 |
| ii. | 6/7/14 | IBRAHIM MOGHLI | $ 7,200.00 | 150 |
| jj. | 6/12/14 | IBRAHIM MOGHLI | $ 22,800.00 | 475 |
| kk. | 6/14/14 | AHMAD ZAYED | $ 5,520.00 | 115 |
| ll. | 6/19/14 | IBRAHIM MOGHLI | $ 21,312.00 | 444 |
| mm. | 6/21/14 | WISAM ZEIDAN | $ 9,600.00 | 200 |
| nn. | 6/28/14 | IBRAHIM MOGHLI | $ 11,520.00 | 240 |
| oo. | 6/30/14 | WISAM ZEIDAN | $ 8,640.00 | 180 |
| pp. | 6/30/14 | IBRAHIM MOGHLI<br>AHMAD ZAYED | $ 10,848.00 | 226 |
| qq. | 7/3/14 | IBRAHIM MOGHLI | $ 9,888.00 | 206 |
| rr. | 7/4/14 | WISAM ZEIDAN | $ 14,400.00 | 300 |
| ss. | 7/5/14 | AHMAD ZAYED | $ 1,728.00 | 36 |
| tt. | 7/8/14 | WISAM ZEIDAN | $ 9,120.00 | 190 |
| uu. | 7/9/14 | IBRAHIM MOGHLI | $ 8,640.00 | 180 |
| vv. | 7/10/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 10,080.00 | 210 |
| ww. | 7/11/14 | IBRAHIM MOGHLI | $ 14,544.00 | 303 |
| xx. | 7/13/14 | IBRAHIM MOGHLI | $ 10,080.00 | 210 |
| yy. | 7/14/14 | WISAM ZEIDAN<br>SUHAIB AWWAD | $ 9,600.00 | 200 |
| zz. | 7/15/14 | KHALID ALLAZZAH<br>RAAD HAMDEH<br>SUHAIB AWWAD | $ 24,960.00 | 520 |
| aaa. | 7/15/14 | IBRAHIM MOGHLI | $ 20,160.00 | 420 |
| bbb. | 7/17/14 | IBRAHIM MOGHLI | $ 16,992.00 | 354 |
| ccc. | 7/18/14 | RAAD HAMDEH | $ 22,080.00 | 460 |
| ddd. | 7/20/14 | IBRAHIM MOGHLI | $ 21,312.00 | 444 |

| | | | | |
|---|---|---|---|---|
| eee. | 7/22/14 | KHALID ALLAZZAH RAAD HAMDEH | $ 14,400.00 | 300 |
| fff. | 7/22/14 | IBRAHIM MOGHLI | $ 14,400.00 | 300 |
| ggg. | 7/25/14 | KHALID ALLAZZAH RAAD HAMDEH | $ 21,160.00 | 420 |
| hhh. | 7/25/14 | IBRAHIM MOGHLI | $ 25,440.00 | 530 |
| iii. | 7/30/14 | AHMAD ZAYED | $ 20,400.00 | 425 |
| jjj. | 8/1/14 | AHMAD ZAYED | $ 25,440.00 | 530 |
| kkk. | 8/3/14 | WISAM ZEIDAN | $ 14,400.00 | 300 |
| lll. | 8/4/14 | YAZAN ALSALAYMEH | $ 24,000.00 | 500 |
| mmm. | 8/5/14 | YAZAN ALSALAYMEH | $ 25,528.00 | 511 |
| nnn. | 8/7/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| ooo. | 8/8/14 | YAZAN ALSALAYMEH | $ 25,488.00 | 531 |
| ppp. | 8/10/14 | YAZAN ALSALAYMEH | $ 19,440.00 | 405 |
| qqq. | 8/12/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| rrr. | 8/14/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| sss. | 8/17/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| ttt. | 8/19/14 | YAZAN ALSALAYMEH | $ 24,480.00 | 510 |
| uuu. | 8/21/14 | YAZAN ALSALAYMEH | $ 24,480.00 | 510 |
| vvv. | 8/23/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| www. | 8/25/14 | IBRAHIM MOGHLI | $ 2,880.00 | 60 |
| xxx. | 8/26/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| yyy. | 8/30/14 | YAZAN ALSALAYMEH | $ 23,040.00 | 480 |
| zzz. | 9/1/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| aaaa. | 9/4/14 | YAZAN ALSALAYMEH | $ 25,440.00 | 530 |
| bbbb. | 9/9/14 | KHALID ALLAZZAH BARAA AWWAD (DELIVERED TO CHICAGO) | $ 30,000.00 | 600 |

All in violation of, and punishable under, Title 18, United States Code, Section 371.

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

JOHN J. WARE, #40880MO
Assistant United States Attorney